UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE CAPITAL MARKETS COMPANY, LLC,

                Plaintiff,

vs.

ISAAC HALPERN,

                Defendant.

Case No. _____

## DECLARATION OF CELINE CHAN IN SUPPORT OF PLAINTIFF'S APPLICATION FOR ORDER TO SHOW CAUSE FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY

1. I am a member of the Bar of the State of New York and Counsel at the law firm of Weil, Gotshal, & Manges LLP, attorneys for Plaintiff The Capital Markets Company, LLC ("Capco" or "Plaintiff"). I make this declaration in support of Capco's Application for an Entry of an Order to Show Cause for a Temporary Restraining Order, Preliminary Injunction, and Expedited Discovery (the "Application") against Isaac Halpern ("Mr. Halpern").

2. I have personal knowledge of all facts set forth in this declaration.

3. As of the date hereof, Capco has concurrently filed a Complaint for breach of contract and declaratory judgment (the "Complaint") and the Application against Mr. Halpern.

4. Capco filed the Complaint and the Application to protect its confidential information and customer good will and to prevent irreparable harm that would be caused by Mr. Halpern's breach of his non-competition, non-solicitation and confidentiality obligations.

5. As set forth more fully in the memorandum of law in support of the Application, Capco seeks expedited discovery of relevant information that is uniquely within the control of Mr. Halpern and third party EY-Parthenon ("EYP").

6. In its Application and request for expedited discovery, Capco seeks to serve only five (5) targeted interrogatories and seven (7) document requests on Mr. Halpern and to take a single 3-hour deposition of Mr. Halpern. Attached as *Exhibit A* is a true and correct copy of Capco's First Set of Interrogatories and Requests for Production to Defendant. Attached as *Exhibit B* is a true and correct copy of Capco's Deposition Notice of Defendant Isaac Halpern.

7. Capco also seeks to serve targeted document requests on EYP as described in the Application.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 8, 2022

_____
Celine J. Chan