**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

THE CAPITAL MARKETS COMPANY, LLC,

                    Plaintiff,

   vs.

ISAAC HALPERN,

                    Defendant.

---

## MEMO ENDORSED

.

Case No.   22 Civ. 7637

**NOTICE OF PLAINTIFF'S MOTION TO SEAL EXHIBITS TO THE DECLARATION OF MICHAEL ETHELSTON IN SUPPORT OF PLAINTIFF'S ORDER TO SHOW CAUSE FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY**

<u>**NOTICE OF MOTION**</u>

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiff's Motion to Seal Exhibits to the Declaration of Michael Ethelston in Support of Plaintiff's Order to Show Cause for a Temporary Restraining Order and Preliminary Injunction and Expedited Discovery, dated September 8, 2022, Plaintiff The Capital Markets Company, LLC will move this Court, at the courthouse located at 500 Pearl Street, New York, New York 10007, for an order permitting Exhibits F and G to the Ethelston Declaration to be permanently sealed.

Dated:  September 8, 2022

_____

John P. Barry
john.barry@weil.com
Rebecca J. Sivitz
rebecca.sivitz@weil.com
Celine J. Chan
celine.chan@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Application GRANTED.  Plaintiff shall be permitted to file under seal, visible to the Court and parties only, Exhibits F and G to the Declaration of Michael Ethelston.  The Clerk of Court is directed to terminate the pending motion at docket number 10.

Dated:      September 8, 2022          SO ORDERED.
            New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE