UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CAPITAL MARKETS COMPANY, LLC,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>ISAAC HALPERN,<br><br>                    Defendant. | 22 Civ. 7637 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Plaintiff's application for emergency relief, filed September 8, 2022.  (*See* Dkt. #5).  The parties are hereby ORDERED to appear for a telephone conference regarding the application on Wednesday, **September 14, 2022, at 4:45 p.m.**  The dial-in information is as follows: At 4:45 p.m., the parties shall call (888) 363-4749 and enter access code 5123533.  Please note, the conference will not be available prior to 4:45 p.m.

SO ORDERED.

Dated:   September 8, 2022
             New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge