# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| The Capital Markets Company, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-07637-KPF |
| Isaac Halpern | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Isaac Halpern.

Date: 09/08/2022

/s David Wechsler
*Attorney's signature*

David Wechsler  DW6116
*Printed name and bar number*

Harris St. Laurent & Wechsler LLP
40 Wall Street
53rd Floor
New York, NY 10005
*Address*

dwechsler@hs-law.com
*E-mail address*

(212) 847-7915
*Telephone number*

(212) 202-6206
*FAX number*