UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE CAPITAL MARKETS COMPANY, LLC,

                Plaintiff,

         -v.-

ISAAC HALPERN,

                Defendant.

22 Civ. 7637 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

      The parties are hereby ORDERED to appear for a telephone conference regarding Plaintiff's application for emergency relief on Friday, **September 16, 2022, at 11:00 a.m.**  The dial-in information is as follows: At 11:00 a.m., the parties shall call (888) 363-4749 and enter access code 5123533.  Please note, the conference will not be available prior to 11:00 a.m.

      SO ORDERED.

Dated:  September 14, 2022
            New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge