UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE CAPITAL MARKETS COMPANY, LLC,

                Plaintiff,

           -v.-

ISAAC HALPERN,

                Defendant.

22 Civ. 7637 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

For the reasons stated at today's conference, Plaintiff's motion for a temporary restraining order is DENIED. The Clerk of Court is directed to terminate the pending motions at docket numbers 21 and 30.

SO ORDERED.

Dated:  September 16, 2022
         New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge